# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-0221-APG-CWH |
| Plaintiff, | **ORDER RE: MOTION TO REPORT MISCONDUCT, REVIEW OF MISCONDUCT, RETRIAL** |
| v. | |
| SESLEY WILLIAMS, | [Dkt. #172] |
| Defendant. | |

On March 19, 2015, defendant Sesley Williams filed a "Motion to Report Misconduct, Review of Misconduct, Retrial." (Dkt. #172.) The motion was not filed through Ms. Williams's appointed counsel. Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case."

Moreover, to the extent that the motion seeks a new trial, Fed. R. Crim. P. 33 requires motions for new trial to be filed within 14 days after the verdict. The verdict in this case was rendered on January 16, 2015. Thus, the motion is untimely. Finally, the motion does not set forth sufficient grounds to grant it. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Sesley Williams's motion (Dkt. #172) is **DENIED**.

Dated: June 2, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE