```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
              Plaintiff,       )   Case No. 2:13-cr-221-APG-CWH
                               )
     vs.                       )
                               )       ORDER TEMPORARILY
SESLEY WILLIAMS,               )       UNSEALING NOTES
              Defendant.       )
```

On 1-14-2016, Heather K. Newman, Court Reporter, received a Transcript Order form requesting the transcript of a **sealed** hearing, in which a portion of the hearing was sealed, held on 5-21-2015, from Carol R. Camp.

**IT IS THE ORDER OF THE COURT** that the sealed portion of the transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Carol R. Camp.

**IT IS FURTHER ORDERED** that the sealed portion of the transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this 16th day of March, 2016.

_____
ANDREW P. GORDON
United States District Judge