UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SESLEY WILLIAMS,<br><br>　　　　　　　　Defendant. | Case No. 2:13-cr-0221-APG-CWH<br><br>**ORDER GRANTING MOTION TO DEFER PAYMENTS**<br><br>[ECF No. 271] |

　　　Defendant Sesley Williams filed a motion requesting to defer restitution and court assessment payments while she is incarcerated. ECF No. 271. The Government did not respond.

　　　Ms. Williams was sentenced to 852 months of custody. ECF No. 213. Deferring her payments while she is in custody most likely means she will never pay restitution. While that seems unfair to the victims, any payments she could make would be minimal as she earns only $5.25 per month working in prison. ECF No. 271; *see also* ECF No. 213 at 7 (recommending that restitution "should be paid at rate of not less than $25.00 per quarter during incarceration"). Deferring restitution would allow Ms. Williams to retain some of the money she earns working in prison, which encourages her to continue working while incarcerated. The balance of the equities favors deferring payments.

　　　IT IS HEREBY ORDERED that defendant Sesley Williams's motion **(ECF No. 271) is GRANTED**.

　　　Dated: August 27, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE