**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:13-CR-00221-APG-CWH |
| Plaintiff, | |
| vs. | **ORDER APPOINTING CJA COUNSEL** |
| SESLEY WILLIAMS, | |
| Defendant. | |

     For good cause shown, the Federal Public Defender's Motion to Withdraw (ECF No. 277) is GRANTED. Consistent with the District of Nevada's General Order 2020-06, I appoint MARK EIBERT to represent SESLEY WILLIAMS for the limited purpose of determining whether Williams may be eligible for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). Counsel may file any petitions, motions, or applications related to that task. The United States Probation Office is authorized to disclose Williams's Presentence Investigation Report to Mr. Eibert.

     DATED: June 2, 2020.

                                        ANDREW P. GORDON
                                        UNITED STATES DISTRICT JUDGE