# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:13-CR-00221-APG-CWH |
| Plaintiff, | |
| vs. | **ORDER SETTING BRIEFING DEADLINE** |
| SESLEY WILLIAMS, | |
| Defendant. | |

On June 2, 2020, I appointed Mark Eibert to represent Sesley Williams for the limited purpose of determining whether Williams may be eligible for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). ECF No. 278. Counsel has not filed a supplement to Williams's motion (ECF No. 276). By **July 21, 2020**, Williams's counsel must file a supplement to the pending motion, a notice that no supplemental brief is needed, or a motion for more time explaining why additional time is needed. The failure to do so will be deemed a waiver of further briefing and the Government's response to the motion will be due by **July 31, 2020**.

DATED: July 13, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE