CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
ADAM FLAKE
Assistant United States Attorney
501 Las Vegas Blvd., S., Ste 1100
702-388-3663
adam.flake@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-221-APG |
| Plaintiff, | **Stipulation to Extend Time for Government's Response to Defendant's Compassionate Release Motion, ECF No. 313.** |
| vs. | |
| SESLEY WILLIAMS, | |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Adam Flake, counsel for the United States of America; and Mark Eibert, Esq., counsel for Sesley Williams, that the government's response to Williams's compassionate release motion, ECF No. 313, be extended by 7 days, to and including March 15, 2021.

This stipulation is entered into for the following reasons:

   1. Williams filed her compassionate release motion on March 1, 2021. ECF No. 313. Pursuant to the District Court's General Order Regarding such motions, the government's response is currently due on March 8, 2021.

2.   Government counsel handling this matter has oral argument in the Ninth Circuit scheduled on March 8, 2021, and is preparing for that argument. Counsel will not have adequate time to prepare a response to Williams's motion before then.

3.   Williams's counsel consents to this extension of time.

DATED this 2nd day of March, 2021.

                                                    CHRISTOPHER CHIOU
                                                  Acting United States Attorney

By:  *s/ Mark Eibert*                                By:  *s/ Adam Flake*
      MARK EIBERT                                         ADAM FLAKE
      *Counsel for Sesley Williams*               Assistant United States Attorney
                                                        *Counsel for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-221-APG |
| Plaintiff, | ) | ~~(Proposed)~~ |
| vs. | ) | **ORDER** |
| SESLEY WILLIAMS, | ) | |
| Defendant. | ) | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's compassionate release motion, ECF No. 313, be due on March 15, 2021.

DATED this  2nd  of   March  , 2021.

_____
UNITED STATES DISTRICT JUDGE

3