CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
ADAM FLAKE
Assistant United States Attorney
501 Las Vegas Blvd., S., Ste 1100
Phone: 702-388-6336
adam.flake@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>SESLEY WILLIAMS,<br><br>    Defendant. | Case No. 2:13-cr-221-APG<br><br>**Second Stipulation to Extend Time for Government's Response to Defendant's Compassionate Release Motion and Amended Motion, ECF Nos. 311 and 313.** |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Adam Flake, counsel for the United States of America; and Mark Eibert, Esq., counsel for Sesley Williams, that the government's response to Williams's compassionate release motion and amended compassionate release motion, ECF Nos. 311 and 313, be extended by 7 days, to and including March 22, 2021.

This stipulation is entered into for the following reasons:

1. Williams filed her compassionate release motion on March 1, 2021, and an amended motion the same day. ECF Nos. 311, 313. Pursuant to the District Court's General Order Regarding such motions, the government's response was due on March 8, 2021, but the parties stipulated to giving the government an additional 7 days, until March

15, 2021, to respond to the motion, ECF No. 314, and the Court granted that motion. ECF No. 315.

2. Government counsel handling this matter needs additional an additional seven days to prepare the response to the motion.

3. Williams's counsel consents to this extension of time.

DATED this 15th day of March, 2021.

|  |  |
|---|---|
|  | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By: *s/Mark Eibert*<br>MARK EIBERT<br>*Counsel for Sesley Williams* | By: *s/ Adam Flake*<br>ADAM FLAKE<br>Assistant United States Attorney<br>*Counsel for the United States* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-221-APG |
| Plaintiff, | **(Proposed)** |
| vs. | **ORDER** |
| SESLEY WILLIAMS, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's compassionate release motion and amended compassionated release motion, ECF Nos. 311 and 313, be due on March 22, 2021.

DATED this <u>15th</u> of <u>March</u>, 2021.

_____
UNITED STATES DISTRICT JUDGE

3