CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 13644
ADAM FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Adam.Flake@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-221-APG |
| Plaintiff, | **Government's Motion for Leave to File Sealed Exhibit** |
| v. | |
| SESLEY WILLIAMS, | |
| Defendant. | |

Contemporaneous with this motion, the government is filing its supplemental response to Defendant Sesley Williams's supplement to her motion for compassionate release, ECF No. 331. The response refers to Government's Sealed Exhibit 1, which includes Williams's updated medical records that undersigned counsel obtained from the Bureau of Prisons, and which the government believes will assist the Court in evaluating Williams's motion. Because the records contain private medical records, we believe they should be filed under seal and remain under seal. The government therefore requests leave to file those records under seal. Undersigned counsel will serve the sealed exhibit on defendant's counsel via email.

**CONCLUSION**

For the foregoing reasons, the government respectfully requests leave to file under seal Government's Exhibit 1 to its supplemental response to Williams's supplement to motion for compassionate release, and requests that the Court maintain those records under seal.

Dated this 29th day of June, 2021

                                        CHRISTOPHER CHIOU
                                        Acting United States Attorney

                                        *s / Adam Flake*
                                        ADAM FLAKE
                                        Assistant United States Attorney

IT IS SO ORDERED:

Dated: _June 29, 2021_____

                                        _____
                                        ANDREW P. GORDON
                                        UNITED STATES DISTRICT JUDGE