UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>         Plaintiff,<br><br>vs.<br><br>**SESLEY WILLIAMS,**<br><br>         Defendant. | Case No. 2:13-CR-00221-APG<br><br>**ORDER** |

Good cause appearing therefore, it is hereby ORDERED AS FOLLOWS:

1. That the conditions of Defendant Sesley Williams' supervised release is modified to remove the condition of location monitoring.

2. The length of Ms. Williams' term of supervised release, and all other standard and special conditions of supervised release, shall remain unchanged.

IT IS SO ORDERED.

Dated: March 10, 2022

_____
HON. ANDREW P. GORDON
United States District Judge

Order Modifying Conditions of Supervised Release, *United States v. Sesley Williams,* Case No. 2:13-CR-00221-APG