**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>SESLEY WILLIAMS,<br><br>    Defendant | Case No.: 2:13-cr-00221-APG-CWH<br><br>**Order Granting Unopposed Motion to Correct Judgment**<br><br>[ECF No. 360] |

Defendant Sesley Williams was convicted of 18 felonies in connection with several robberies and was sentenced to 121 years in prison. ECF No. 213.  Subsequently, I granted her motion for compassionate release and reduced her sentence to time served. ECF No. 339.  The Ninth Circuit recently reversed her convictions related to three of those robberies. ECF No. 359.  Williams now moves to amend the judgment of conviction to reflect that. ECF No. 360.  The Government does not oppose.  Good cause exists to grant the motion, so I will.

I THEREFORE ORDER that defendant Sesley Williams's motion to amend the judgment **(ECF No. 360) is granted**.  The judgment will be amended as follows:

1. Deleting the convictions on the counts that were overturned by the Ninth Circuit (Counts 1 through 6).
2. Reducing the amount of restitution to $16,862 and the special assessment to $1,200.
3. Reflecting that the sentence has been modified to Time Served per my order granting compassionate release (ECF No. 339 at 9).

/ / / /

/ / / /

/ / / /

I FURTHER ORDER that all other terms of the judgment (ECF No. 213) shall remain unchanged, except for the condition of supervision of home confinement that I added in my order granting compassionate release (ECF No. 339 at 9-10).

DATED this 23rd day of March, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE