UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>    v.<br>SESLEY WILLIAMS,<br>                      Defendant. | Case No. 2:13-CR-00221-APG-CWH-2<br><br>**CLARIFICATION ORDER** |

I am entering this order to clarify the Amended Judgment previously entered in this case as to defendant Sesley Williams. ECF No. 363. The specific information needed to complete the order of restitution was not made a part of the Amended Judgment. I thus find good cause exists to clarify the Amended Judgment and modify the restitution order as to the co-conspirators that went unidentified in the Amended Judgment.

I THEREFORE ORDER that defendant Sesley Williams is liable for restitution, joint and several, with the following co-conspirators: Anthony Jordan (2:13-cr-00221-APG-CWH-1) and Marquee Munerlyn (2:13-cr-00328-HDM-GWF-1).

I FURTHER ORDER that defendant Sesley Williams shall make restitution to the following payees:

    **Name of Payee:**    US Bank
                                      Corporate Security
                                      PO Box 650
                                      Milwaukee, WI 53278-0650
    **Amount of Restitution:** $14,330.00

    **Name of Payee:**    Aldo
                                      795 Grand Central Pkwy
                                      Las Vegas, NV 89106
    **Amount of Restitution:** $1000.00

**Name of Payee:**   Michael Kors
32100 Las Vegas Blvd. South
Primm, NV 89109

**Amount of Restitution:** $1,532.00

**Total Amount of Restitution ordered:  $16,862.00*****

The Restitution amount of $16,862.00 does not include any payments received by the Ccurt.

*** Joint and Several with Anthony Jordan (2:13-cr-00221-APG-CWH-1) and Marquee Munerlyn (2:13-cr-00328-HDM-GWF-1).

Dated this 8th day May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE